Delivery :
International Table Tennis Federation
N° TC : 507 / 11

## ATTESTATION / <u>CERTIFICATE</u>

L'autorité soussignée a l'honneur d'attester, conformément à l'article 6 de ladite Convention :
**The undersigned Authority has the honour to certify, in conformity with article 6 of the Convention :**

1. que la demande a été exécutée le (date) :
   **that the document has been served the (date) :   April 14th, 2011**

   - à (localité, rue, numéro)
   **- at (place, street, number) :   1020 Renens**

   dans une des formes suivantes prévues à l'article 5 :
   **in one of the following methods authorised by article 5 :**

   a) ~~selon les formes légales (article 5, alinéa premier, lettre a)~~
   ~~**in accordance with the provisions of sub-paragraph (A) of the first paragraph of article 5 of the Convention**~~

   b) ~~selon la forme particulière suivante :~~
   ~~**in accordance with the following particular method :**~~

   c) par remise simple au destinataire (par poste) qui l'accepte volontairement
   **by delivery to the addressee (by post), who accepted it voluntarily**

   ~~Les documents mentionnés dans la demande ont été remis à :~~
   ~~**The documents referred to in the request have been delivered to :**~~

   ~~(identité et qualité de la personne) :~~
   ~~**(identity and decription of person) :**~~

   ~~lien de parenté, de subordination ou autres, avec le destinataire de l'acte :~~
   ~~**relationship to the addressee (family, business or other) :**~~

2. ~~que la demande n'a pas été exécutée, en raison des faits suivants :~~
   ~~**that the document has not been served, by reason of the following facts :**~~

~~Conformément à l'article 12, alinéa 2 de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.~~
~~**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.**~~

**Annexes** :
- pièces renvoyées / **documents returned** :               - a copy of the act

- le cas échéant, la pièce justificative de l'exécution :    - a receipt
- **in appropriate cases, document establishing the service :**

Fait à :    Lausanne                              Signature et cachet :
**Done at :   Switzerland**                       **Signature and stamp :**

le (date) :
**the (date) :  April 18th, 2011**



98.33.103793.00261524

**DIE POST**
Schweizerische Post-Betriebe
Entreprise des Postes suisses
Azienda svizzera delle Poste

**AR**
Rückschein
Avis de réception
Avviso di ricevimento



Postdienstsache
Service des postes
Servizio postale

Name oder Firma des Empfängers
Nom ou raison sociale du destinataire
Nome o ditta del destinatario

International Table Tennis Federation
Chemin de la Rouche 11
1020 Renens

Dieser Schein ist vom Empfänger oder dessen Bevollmächtigten, oder, je nach den Vorschriften des Bestimmungslandes, von der Bestimmungspoststelle zu unterzeichnen und mit erster Gelegenheit unmittelbar an den Absender zurückzuleiten.
Cet avis doit être signé par le destinataire ou par une personne autorisée en vertu des règlements du pays de destination ou si ces règlements le prescrivent par l'agent du bureau de destination, puis renvoyé par le premier courrier directement à l'expéditeur.
Quest'avviso dev'essere firmato dal destinatario o dal suo mandatario oppure dall'agente dell'ufficio destinatario, secondo i regolamenti del paese di destinazione, poi rimandato col primo corriere direttamente al mittente.

Der Rückschein ist offen und taxfrei als Sendung «prioritaire» direkt an den Absender zurückzusenden.
A renvoyez directement à l'expéditeur comme envoi «prioritaire», à découvert et en franchise de port.
Rimandare l'avviso al mittente come invio «prioritaire» aperto e esente da tassa.

Die obenbezeichnete Sendung wurde richtig ausgeliefert
L'envoi mentionné ci-dessus a été dûment livré
L'invio suddetto è stato debitamente recapitato

Stempel und Unterschrift der Empfangsstelle
Timbre et signature du bureau destinataire
Bollo e firma dell'ufficio destinatario

Datum der Zustellung
Date de la distribution
Data della distribuzione

14 04 2011

TRIBUNAL CANTONAL
Bureau 403  Notif. N° 507/11
Palais Justice Hermitage
Rte du Signal 8
1014 LAUSANNE

Unterschrift des Empfängers
Signature du destinataire
Firma del destinatario