```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
SANDMAN TABLE TENNIS, LLC,

                Plaintiff,

        v.

INTERNATIONAL TABLE TENNIS
FEDERATION,

                Defendant.
------------------------------------------------------x

11 Civ. 1069 (RJH)

**STIPULATION AND ORDER**

Plaintiff Sandman Table Tennis, LLC and defendant International Table Tennis Federation ("ITTF") stipulate and agree that ITTF's time to answer, move or otherwise respond to the complaint is extended from May 5, 2011 to June 6, 2011. This is the first request for extension.

SANDMAN TABLE TENNIS, LLC

By its attorneys,

_____
Gary Adelman
Sidney Bluming
MEISTER SEELIG & FEIN LLP
Two Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
(212) 655-3580 (phone)
(212) 655-3535 (fax)
gpa@msf-law.com

INTERNATIONAL TABLE TENNIS
FEDERATION

By its attorneys,

_____
David W. Rivkin
Jeremy Feigelson
S. Zev Parnass
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6230 (phone)
(212) 521-7230 (fax)
dwrivkin@debevoise.com
jfeigelson@debevoise.com
szparnass@debevoise.com

SO ORDERED:

_____
5/18/11