Holwell, J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SANDMAN TABLE TENNIS, LLC,    :

            Plaintiff,    :

   v.    :

INTERNATIONAL TABLE TENNIS    :
FEDERATION,
                    :

           Defendant.    :
------------------------------------- x

11 Civ. 1069 (RJH)

**STIPULATION AND ORDER**

      Plaintiff Sandman Table Tennis, LLC ("Sandman") and defendant International Table Tennis Federation ("ITTF") stipulate and agree that, to facilitate ongoing discussions between the parties, the following adjustments are made to the schedule in the case:

      1.    ITTF's time to answer, move or otherwise respond to the complaint is extended from June 6, 2011 to July 6, 2011. This is the second such request for extension.

      2.    The deadline to submit a proposed scheduling order is extended from June 10, 2011 to July 11, 2011, and the initial scheduling conference currently scheduled for June 24, 2011 at 10:30 a.m. is rescheduled for a date to be set by the Court but no earlier than July 11, 2011. This is the second request for extension of these dates, the first having been made by Sandman alone as ITTF had yet to appear in this action.

[signature page follows]

3. Initial pre-trial conference rescheduled to July 22, 2011, at 10:00 am.

23443571v1



Dated: New York, New York
June 2, 2011

| SANDMAN TABLE TENNIS, LLC | INTERNATIONAL TABLE TENNIS FEDERATION |
|---|---|
| */s/ Gary Adelman /jf by permission* | */s/ Jeremy Feigelson* |
| Gary Adelman<br>Sidney Bluming<br>MEISTER SEELIG & FEIN LLP<br>Two Grand Central Tower<br>140 East 45th Street, 19th Floor<br>New York, New York 10017<br>(212) 655-3580 (phone)<br>(212) 655-3535 (fax)<br>gpa@msf-law.com | David W. Rivkin<br>Jeremy Feigelson<br>S. Zev Parnass<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6230 (phone)<br>(212) 521-7230 (fax)<br>dwrivkin@debevoise.com<br>jfeigelson@debevoise.com<br>szparnass@debevoise.com |

**SO ORDERED:**

*/s/*

6/6/11

2

23443571v1