UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SANDMAN TABLE TENNIS LLC,                    11 Civ. 01069 (RJH)

                      Plaintiff,
-against-

INTERNATIONAL TABLE TENNIS FEDERATION,

                      Defendant.

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/11
```

## Scheduling Order

      On September 30, 2011, a pre-motion conference was held on this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. The Court entered the following Scheduling Order:

1. Defendant's Motion for Summary Judgment shall be filed by October 31, 2011.

2. Parties shall meet and confer regarding the desirability of limited discovery by October 20, 2011 and advise the Court by October 21, 2011 of the results of the meet and confer.

3. Plaintiff's Opposition to Defendant's Motion shall be filed by November 15, 2011.

4. Defendant's Reply to Plaintiff's Opposition shall be filed by November 25, 2011.

SO ORDERED.

Dated: New York, New York
       October 4, 2011

                                                         Richard J. Holwell
                                                   United States District Judge