UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SANDMAN TABLE TENNIS, LLC

        Plaintiff/Counterclaim Defendant,

        v.

INTERNATIONAL TABLE TENNIS
FEDERATION

        Defendant/Counterclaim Plaintiff.
-----------------------------------------------------------X

Case No. 11 CIV 1069 (RJH)

[~~PROPOSED~~] **AMENDED SCHEDULING ORDER**

On September 30, 2011, a pre-motion conference was held on this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. The Court entered the following Scheduling Order:

1. Defendant's Motion for Summary Judgment shall be filed by October 31, 2011.

2. Parties shall meet and confer regarding the desirability of limited discovery by November 21, 2011 and advise the Court by November 22, 2011 of the results of the meet and confer.

3. Plaintiff's Opposition to Defendant's Motion shall be filed by December 21, 2011.

4. Defendant's Reply to Plaintiff's Opposition shall be filed by January 6, 2012.

The Court's Scheduling Order dated October 4, 2011 is withdrawn.

SO ORDERED.

Dated: New York, New York
      October 24, 2011

                                                  _/s/ Richard J. Holwell_
                                                Richard J. Holwell
                                                United States District Judge

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 10/25/11 |

23521319v1