Gary Adelman (gpa@msf-law.com)
MEISTER SEELIG & FEIN LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
(212) 655-3580 (phone)
*Attorneys for Counterclaim Defendant*
*Liquidity Works, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SANDMAN TABLE TENNIS, LLC,

        Plaintiff and Counterclaim Defendant,

v.

INTERNATIONAL TABLE TENNIS
FEDERATION,

        Defendant and Counterclaim Plaintiff,

v.

LIQUIDITY WORKS, INC.,

        Counterclaim Defendant.
-----------------------------------------------------------------X

**Case No. 11 CIV 1069 (RJH)**

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counterclaim Defendant Liquidity Works, Inc., hereby states that it has no parent corporation and no publicly held corporation that owns 10% or more of it.

Dated: New York, New York
November 8, 2011

                                        MEISTER SEELIG & FEIN LLP

                                        By: _____
                                        Gary Adelman, Esq. (GA-7138)
                                        Sidney Bluming, Esq. (SB -2687)
                                        Two Grand Central Tower
                                        140 East 45th Street, 19th Floor
                                        New York, New York 10017
                                        (212) 655-3580
                                        gpa@msf-law.com
                                        *Attorneys for Counterclaim Defendant*
                                        *Liquidity Works, Inc.*