Gary Adelman (gpa@msf-law.com)
MEISTER SEELIG & FEIN LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, New York 10017
(212) 655-3580 (phone)
*Attorneys for Counterclaim Defendant*
*Liquidity Works, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SANDMAN TABLE TENNIS, LLC,

        Plaintiff and Counterclaim Defendant,

v.

INTERNATIONAL TABLE TENNIS
FEDERATION,

        Defendant and Counterclaim Plaintiff,

v.

LIQUIDITY WORKS, INC.,

        Counterclaim Defendant.
-------------------------------------------------------------X

Case No. 11 CIV 1069 (RJH)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that the undersigned MEISTER SEELIG & FEIN, LLP, has been retained as Counsel for the Counterclaim Defendant Liquidity Works, Inc., and hereby appears in the above-entitled action on their behalf.

    Please direct all future communications to the undersigned.

    //

    //

    //

    //

Dated: New York, New York
      November 8, 2011

                           MEISTER SEELIG & FEIN LLP

                           By: /s/ Gary Adelman
                              Gary Adelman, Esq. (GA-7138)
                              Sidney Bluming, Esq. (SB -2687)
                              Two Grand Central Tower
                              140 East 45th Street, 19th Floor
                              New York, New York 10017
                              (212) 655-3580
                              gpa@msf-law.com

*Attorneys for Counterclaim Defendant*
*Liquidity Works, Inc.*