UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

SANDMAN TABLE TENNIS LLC,   11 Civ. 1069 (RJH)

    Plaintiff and Counterclaim-Defendant,

    -against-   **<u>Order</u>**

INTERNATIONAL TABLE TENNIS
FEDERATION,

    Defendant and Counterclaim-Plaintiff,

    -against-

LIQUIDITY WORKS, INC.,

    Counterclaim-Defendant.

-----------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/11
```

    The Court is in receipt of the parties' letters, dated November 14, 2011 and November 16, 2011 respectively, regarding defendant and counterclaim plaintiff International Table Tennis Federation's request for a conference seeking a stay of discovery pending resolution of its motion for summary judgment.

    A pre-motion conference is not necessary as the parties have sufficiently articulated their views in their respective letters. Having considered the issues, the Court declines to stay discovery.

    SO ORDERED.

Dated: New York, New York
       Dec 9, 2011

                                       Richard J. Holwell
                                     United States District Judge