```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
SANDMAN TABLE TENNIS, LLC,          :
                                    :
    Plaintiff and Counterclaim-Defendant,   :   11 Civ. 1069 (RJH)
                                    :
        v.                          :
                                    :   **STIPULATION AND ORDER**
INTERNATIONAL TABLE TENNIS          :
FEDERATION,                         :
                                    :
    Defendant and Counterclaim-Plaintiff,   :
                                    :
        v.                          :
                                    :
LIQUIDITY WORKS, INC.,              :
                                    :
    Counterclaim-Defendant.         :
---------------------------------- x

WHEREAS, the undersigned parties have agreed to conduct a private mediation subject to a Court-ordered schedule, and the parties have further agreed that in order to facilitate mediation the existing calendar dates in the case should be adjusted;

IT IS HEREBY STIPULATED AND AGREED:

1. All deadlines in this matter are adjourned pending the outcome of the mediation, including all deadlines with respect to pending motion briefing and discovery.

2. The parties shall make best efforts to conclude the mediation process within 60 days.

3. Within 60 days of the date of entry of this stipulation and order by the Clerk of Court, the parties shall submit either a stipulation of dismissal, if the case settles, or an updated scheduling order, if it does not. The updated scheduling order, if any, shall substantially track the existing deadlines in the case, adjusted for the 60-day mediation hiatus.

[signature page follows]

23571563v1

Dated: New York, New York
       December 20, 2011

| | |
|---|---|
| SANDMAN TABLE TENNIS, LLC<br>and<br>LIQUIDITY WORKS, INC.<br><br>_____<br>Gary Adelman<br>Sidney Bluming<br>MEISTER SEELIG & FEIN LLP<br>Two Grand Central Tower<br>140 East 45th Street, 19th Floor<br>New York, New York 10017<br>(212) 655-3580 (phone)<br>(212) 655-3535 (fax)<br>gpa@msf-law.com | INTERNATIONAL TABLE TENNIS<br>FEDERATION<br><br>_____<br>David W. Rivkin<br>Jeremy Feigelson<br>Charles W. Baxter<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6230 (phone)<br>(212) 521-7230 (fax)<br>dwrivkin@debevoise.com<br>jfeigelson@debevoise.com<br>cwbaxter@debevoise.com |

**SO ORDERED:**

_____

1/3/12