**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------X
IN THE MATTER OF REASSIGNMENT

                OF

CASES FROM HON. RICHARD J. HOLWELL

NOTICE OF REASSIGNMENT

-------------------------------------------X

    The cases on the attached list are reassigned to the calendar of:

        HON. KATHERINE B. FORREST

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: February 9, 2012

                Ruby J. Krajick, CLERK

                Shante Jones
        By: _____
                Deputy Clerk

cc: Attorneys of Record

**Judge Holwell to Judge Forrest**

08cv6152

09cv4206

09cv5471

09cv6557

10cv6537

09cv7594

10cv194

10cv3753

10cv5878

10cv6563

10cv1593

11cv7433

10cv8166

10cv8976

11cv325

11cv681

11cv1069

11cv2237

11cv2365

11cv2388

11cv2648

11cv3203

11cv3731

11cv4759