```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 1 0 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SANDMAN TABLE TENNIS LLC,            :
                                     :
                         Plaintiff,  :    11 Civ. 1069 (KBF)
                                     :
              -v-                    :    ORDER
                                     :
INTERNATIONAL TABLE TENNIS FEDERATION,:
                                     :
                         Defendant.  :
                                     :
------------------------------------X

KATHERINE B. FORREST, District Judge:

    This case was recently transferred to the undersigned for all purposes.

    All deadlines and prior orders of the Court remain in effect notwithstanding the transfer of this action.

    If the parties submit an updated scheduling order on March 5, 2012, they shall do so via email at ForrestNYSDChambers@nysd.uscourts.gov.


    SO ORDERED:

Dated:    New York, New York
          February 10, 2012

                                        _____
                                        KATHERINE B. FORREST
                                    United States District Judge