```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 06 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SANDMAN TABLE TENNIS, LLC,
    Plaintiff and Counterclaim-Defendant,

    -v-

INTERNATIONAL TABLE TENNIS FEDERATION,
    Defendant and Counterclaim-Plaintiff,

    -v-

LIQUIDITY WORKS, INC.,
    Counterclaim-Defendant.

------------------------------------------------------------X

11 Civ. 1069 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court declines to so order the parties' stipulation and proposed order of March 5, 2012 and, instead, ORDERS plaintiff/counterclaim-defendant Sandman Table Tennis, LLC to serve and file an opposition to defendant/counterclaim-plaintiff International Table Tennis Federation's ("ITTF") motion for summary judgment on or before March 26, 2012. ITTF shall serve and file any reply on or before April 9, 2012.

Consistent with the Court's Order of December 9, 2012 declining to stay discovery pending resolution of ITTF's motion (Dkt. No. 30), the Court FURTHER ORDERS the parties to complete all discovery, fact and expert, no later than July 16, 2012.

Dated: New York, New York
       March 6, 2012

                                            _____
                                            KATHERINE B. FORREST
                                            United States District Judge