```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-6-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

SANDMAN TABLE TENNIS, LLC,
        Plaintiff and Counterclaim-Defendant,

        -v-

INTERNATIONAL TABLE TENNIS FEDERATION,
        Defendant and Counterclaim-Plaintiff,

        -v-

LIQUIDITY WORKS, INC.,
        Counterclaim-Defendant.

------------------------------------------------------------------X

11 Civ. 1069 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    Having reviewed ITTF's letter of July 3, 2012, the Court directs the parties to appear for

a status conference on July 12, 2012 at 3:00 p.m.

Dated: New York, New York
       July 6, 2012

*Katherine B. Forrest*

           KATHERINE B. FORREST
           United States District Judge