```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 16 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SANDMAN TABLE TENNIS, LLC,            :
            Plaintiff and             :
            Counterclaim-Defendant,   :   11 Civ. 1069 (KBF)
                                      :
            -v-                       :   ORDER
                                      :
INTERNATIONAL TABLE TENNIS FEDERATION, :
            Defendant and             :
            Counterclaim-Plaintiff,   :
                                      :
            -v-                       :
                                      :
LIQUIDITY WORKS, INC.,                :
                                      :
            Counterclaim-Defendant.   :
                                      :
------------------------------------- X

KATHERINE B. FORREST, District Judge:

   As discussed at the conference on July 12, 2012, the Court denies the currently pending summary judgment motion as moot and directs defendant to re-file its motion and any supplemental papers on or before August 10, 2012.

   Plaintiff shall respond with any supplemental papers on or before August 31, 2012.

   The Clerk of Court is directed to close the motion at Docket Number 17.

Dated:   New York, New York
         July 16, 2012

                                    _____
                                         KATHERINE B. FORREST
                                       United States District Judge